Traeger Machetanz (ABA 8411127)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Main: (206) 757-8337
Facsimile: (206) 757-7337
Email: traegermachetanz@dwt.com

Attorneys for Plaintiffs

IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and purpose of THE SUPERIOR GROUP, INC. d/b/a SUPERIOR PLUMBING & HEATING, INC., an Alaska corporation; UNITED STATES OF AMERICA for the use and purpose of THE SUPERIOR GROUP, INC. d/b/a HAAKENSON ELECTRIC, an Alaska company; and UNITED STATES OF AMERICA for the use and purpose of THE SUPERIOR GROUP, INC. d/b/a ALASKA SHEETMETAL, INC., an Alaska corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> KICC-ALCAN GENERAL, JOINT VENTURE, an Alaskan joint venture; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Defendants. | Case No. 3:14-cv-00212-TMB <br><br><br> **STIPULATION FOR AND [PROPOSED] ORDER OF DISMISSAL** |

COMES NOW the parties hereto, by and through their undersigned attorneys of record,

and advise the Court that a settlement has been reached. Pursuant to Federal Rule of Civil

CORPORATE DISCLOSURE STATEMENT
Page 1 of 2
DWT 27368630v1 0103344-000001

*The Superior Group, Inc., et al. v. KICC Alcan Gen.*
Case No. 3:14-cv-00212-TMB

Case 3:14-cv-00212-TMB   Document 24   Filed 07/17/15   Page 1 of 2

Procedure 41(a), the parties hereby stipulate to the dismissal of this action, to include all claims and counterclaims, with prejudice and without fees or costs to either party.

STIPULATED TO this 17th day of July, 2015

| Davis Wright Tremaine LLP | Stoel Rives LLP |
|---|---|
| */s/ Traeger Machetanz* <br> Traeger Machetanz (ABA 8411127) <br> Counsel for Plaintiffs | */s/ S. Lane Tucker (per authority)* <br> S. Lane Tucker (ABA 0507011) <br> Counsel for Defendants KICC-Alcan JV and Travelers Casualty and Surety Company of America |

## ORDER

Pursuant to the above stipulation, it is so ORDERED. The above-captioned matter, to include all claims and counterclaims, is hereby dismissed with prejudice and without fees or costs to either party.

UNITED STATES DISTRICT COURT
JUDGE TIMOTHY M. BURGESS

**CERTIFICATE OF SERVICE**

I certify that on July 17, 2015, a true and correct copy of the foregoing Stipulation for and [Proposed] Order of Dismissal was filed with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system, which will send notification of such filing to the following registered CM/ECF system participants:

- S. Lane Tucker
  STOEL RIVES LLP
  lane.tucker@stoel.com

*/s/ Traeger Machetanz*
Traeger Machetanz (ABA 8411127)
Davis Wright Tremaine LLP

CORPORATE DISCLOSURE STATEMENT  *The Superior Group, Inc., et al. v. KICC Alcan Gen.*
Page 2 of 2                      Case No. 3:14-cv-00212-TMB
DWT 27368630v1 0103344-000001
Case 3:14-cv-00212-TMB   Document 24   Filed 07/17/15   Page 2 of 2